ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1972. LANDBERG ET AL. v. DUFFY ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1973. CHRISTOPHER v. ADAM'S MARK HOTELS, A DIVISION OF HBF CORP. C. A. 8th Cir. Certiorari denied.

No. 97–1974. WRIGHT v. FREDERIKSEN. Ct. App. Colo. Certiorari denied.

No. 97–1975. SPRING v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 97–1976. SPRECHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1977. YWCA OF OKLAHOMA CITY ET AL. v. SELF INSURERS' MANAGEMENT GROUP; and COLBERT NURSING HOME, INC., DBA SOUTHERN POINTE LIVING CENTER, ET AL. v. OKLAHOMA EMPLOYERS SAFETY GROUP, S. I. A. Sup. Ct. Okla. Certiorari denied.

No. 97–1978. FALCON DRILLING CO., INC., ET AL. v. VIATOR. Ct. App. La., 3d Cir. Certiorari denied.

No. 97–1979. ABRAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1980. WILLIAMS v. CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 97–1981. WEST VIRGINIA BOARD OF PUBLIC WORKS ET AL. v. CSX TRANSPORTATION, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1982. IN RE GERACI. C. A. 7th Cir. Certiorari denied.

No. 97–1983. WALKER v. INSTITUTE FOR ECONOMETRIC RESEARCH. C. A. 11th Cir. Certiorari denied.